FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2022

No. 04-21-00530-CR

Rosemary Lynn **BRYAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR5923W
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant's brief was originally due on January 26, 2022 and was not filed. We notified appellant's counsel of the deficiency on February 2, 2022. *See* TEX. R. APP. P. 38.8(b)(2). In that notice, we instructed appellant to file a response by February 14, 2022 explaining why he has not timely filed a brief. To date, counsel has not responded to that notice.

Accordingly, we **order** appellant to file his brief **by March 16, 2022.** If appellant's attorney fails to file the brief by the date ordered, we will order this appeal abated and remanded to the trial court for a hearing to determine whether appellant or appointed counsel has abandoned the appeal. TEX. R. APP. P. 38.8(b)(2).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of February, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court